GERTRUDE V. PINCUS, Appellant, *v.* JOSEPH PINCUS, Respondent.

Argued November 15, 1944; decided December 30, 1944.

*Norman M. Behr* and *Robert Moers* for appellant.

*Leopold Bleich* and *Julian T. Abeles* for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.